UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTINA RUDLAND and SETH
BISHOP, individually

      Plaintiffs,

v.                                       Case No:   2:13-cv-779-FtM-38CM

DMS HOSPITALITY LLC,
MATTHEW HANSON and
DARRELL HANSON,

      Defendants.

## ORDER

Before the Court is the parties' Agreed Motion for Extension of Time for the Parties to Meet (Doc. 23) filed on April 14, 2014. This is the parties' second request for a 30-day extension of time to meet and confer in a good faith effort to settle this case brought pursuant to the Fair Labor Standards Act. The Court previously granted an extension until April 15, 2014, on the same grounds asserted in the second request. Counsel states that their calendars are "extremely full" and they have been unable to coordinate a time for the settlement meeting to take place.

As the parties are in agreement, the Court will allow another 30-day extension, but the parties are cautioned that they must diligently work towards the settlement conference by the new deadline. In the future the Court may not be inclined to grant further extensions as the Court's calendar is busy as well. Consequently, the Court must work towards efficient disposition of its cases.

- 2 -

ACCORDINGLY, it is hereby

**ORDERED:**

Agreed Motion for Extension of Time for the Parties to Meet (Doc. 23) is **GRANTED**. The deadline for the parties to meet and confer is **May 15, 2014**. The parties shall submit the settlement report to the Court by **May 19, 2014**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 15th day of April, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record