UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTINA RUDLAND and SETH
BISHOP,

      Plaintiffs,

v.                                      Case No: 2:13-cv-779-FtM-38CM

DMS HOSPITALITY LLC,
MATTHEW HANSON, and
DARRELL HANSON,

      Defendants.
_____/

**ORDER**[1]

This matter is before the Court on review of the file. On April 15, 2014, the Court granted the parties' second request for a thirty-day extension of time to meet and confer in a good faith effort to settle this case brought pursuant to the Fair Labor Standards Act. (Doc. #24). The Court set May 15, 2014, as the deadline for the parties to meet and confer and May 19, 2014, as the deadline to file the corresponding settlement report. (Doc. #24). The deadlines have expired with nothing filed by the parties. The Court, therefore, will again direct the parties to file a settlement report that complies with the Scheduling Order dated January 8, 2014 (Doc. #14).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is

**ORDERED:**

The parties shall file a Report Regarding Settlement on or before **May 28, 2014**, in accordance with the Scheduling Order dated January 8, 2014 ([Doc. #14](Doc. #14)).

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of May, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record