UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTINA RUDLAND and SETH
BISHOP,

        Plaintiffs,

v.                                 Case No:  2:13-cv-779-FtM-38CM

DMS HOSPITALITY LLC,
MATTHEW HANSON, and
DARRELL HANSON,

        Defendants.
_____/

**ORDER**[1]

    This matter comes before the Court on Plaintiff Christina Rudland and Seth Bishop and Defendants DMS Hospitality LLC, Matthew Hanson, and Darrell Hanson's Joint Report Regarding Settlement Negotiations (Doc. #30) filed on May 27, 2014.  The parties advise that settlement has not been reached at this time; however, they request an additional fifteen (15) days to continue settlement discussions, as they are "hopeful that settlement will ultimately be reached in this matter."  (Doc. #30).

    In order to aid in the possible final settlement of this case, the Court will grant the parties an additional fifteen (15) days to continue settlement discussions.  Although the Court is willing to allow the parties another extension of time in this matter, it is disinclined

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

to grant further extensions, as the Court must work towards efficient disposition of its cases.

Accordingly, it is now

**ORDERED:**

The parties have up to and including **June 13, 2014**, to continue settlement discussions and file a Supplemental Report Regarding Settlement with the Court. In the event this matter does not settled, the parties must **immediately** file a Case Management Report signed by counsel for all parties.

**DONE** and **ORDERED** in Fort Myers, Florida this 30th day of May, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record