UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTINA RUDLAND and SETH BISHOP,

    Plaintiffs,

v.                                    Case No: 2:13-cv-779-FtM-38CM

DMS HOSPITALITY LLC,
MATTHEW HANSON, and
DARRELL HANSON,

    Defendants.
_____/

## **ORDER**[1]

This matter is before the Court on Plaintiffs Christina Rudland and Seth Bishop and Defendants DMS Hospitality LLC, Matthew Hanson, and Darrell Hanson's Joint Report Regarding Settlement Negotiations (Doc. #36) filed on June 13, 2014. The parties have been unable to resolve this matter on their own, and thus submit to mediation conducted by a Magistrate Judge. (Doc. #36 at ¶¶ 4-5; Doc. #14 at ¶ 5). Since the parties seek to continue settlement discussions, the Court finds that mediation before a Magistrate Judge may be beneficial to resolving this matter.

Accordingly, it is

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**ORDERED:**

The parties' request that The Honorable Magistrate Judge Douglas N. Frazier conduct mediation ([Doc. #36](Doc. #36)) is **GRANTED**.  The parties shall contact Judge Frazier's office to arrange for a mutually agreeable time to conduct the settlement conference.

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of June, 2014.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record