UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTINA RUDLAND and SETH
BISHOP,

      Plaintiffs,

v.                                                  Case No:   2:13-cv-779-FtM-38CM

DMS HOSPITALITY LLC,
MATTHEW HANSON, and
DARRELL HANSON,

      Defendants.
_____/

### **ORDER**[1]

This matter is before the Court on review of the file. Plaintiffs Christina Rudland and Seth Bishop filed a Notice of Mediation (Doc. #62) to advise the Court that mediation for the above-captioned case was scheduled for March 2, 2015. Since that time, the parties have not informed the Court of the status of mediation. Also, assuming the parties mediated on March 2, 2015, the Case Management Report (Doc. #40) and Middle District of Florida Local Rule 9.06(a) required the mediator to file a written report indicating, among other things, whether the case has been settled within five (5) days of the mediation conference. To date, no such report has been filed. The Court, therefore,

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

directs the parties to comply with the Case Management Report (Doc. #40) and Local Rule 9.06.

Accordingly, it is

**ORDERED:**

The parties shall advise the Court on or before **March 17, 2015**, as to the status of mediation in this case in accordance with this Court's Local Rules.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of March, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record