UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

_____ Rudland _____ v. ____ DMS Hospitality, LLC _____

Case No. ____ 2:13-CV-799-FtM-38UAM _____

THE PARTIES AND COUNSEL, HAVING MET THIS 2nd DAY OF MARCH, 2014, AGREE AS FOLLOWS:

1)      Defendants shall pay the total sum of $18,000, which is inclusive of any claim for Attorney fees in full and complete satisfaction of any claims with any of the parties may have in this matter. Payment shall be made within 10 days of Magistrate approval, or if a Settlement Stipulation is submitted to the Court, within 10 days of the Settlement Approval by the Court. Payment shall be to the Doragh Trust Account.

2)      Plaintiffs agree that neither of them will enter the business premises of the Defendants, other than upon express invitation of any Defendant.

3)      Plaintiffs agree not to disparage Defendants in any way, and Defendants similarly agree not to disparage Plaintiffs in any way.

4)      The parties will attempt to submit this matter through the Federal Magistrate in conjunctions with the Settlement Conference previously convened in this action, in lieu of submitting a Stipulation for Settlement for approval by the Court. In the event the Federal Magistrate is unwilling or unable to terminate this litigation by such a procedure, however, the parties agree to execute a Settlement Stipulation for approval by the Court as otherwise required by law. That settlement agreement will be prepared by counsel for Defendants, subject to approval by counsel for Plaintiffs as to the terms thereof. In such event, the allocation of settlement proceeds between Plaintiff Rudland, Plaintiff Bishop, and payment of costs and fees shall be determined by Plaintiffs, provided that said allocation must bear a reasonable relationship to the relative monetary value of the claim of the two Plaintiffs.

EXHIBIT

A

5)      The Mediator shall not file a Mediation Report until March 9, 2015. If advised by the parties that this case will be resolved though the Magistrate's Office and not as a Mediated Settlement, no Report will be filed. If the Magistrate's Office does not confirm to counsel that the litigation can be terminated in that fashion, the Mediator will Report that the case has been completely settled, and that in accordance with Local Rule 9.06 (b), lead counsel will promptly notify the Court of Settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the Mediator within ten (10) days of the filing of the Mediator's Report.

_____
Christina Rudland, Plaintiff

_____
DMS Hospitality, LLC, Defendant
By: _____, Principal

_____
Seth Bishop, Defendant

_____
Darrell Hanson, Defendant

_____
Counsel for Plaintiffs

_____
Matt Hanson, Defendant

_____
Counsel for Defendant

_____
Mediator