UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTINA   RUDLAND   and   SETH
BISHOP, individually

      Plaintiffs,

v.                         Case No:   2:13-cv-779-FtM-38CM

DMS HOSPITALITY LLC, MATTHEW
HANSON and DARRELL HANSON,

      Defendants.

_____/

## ORDER[1]

This matter comes before the Court on consideration of United States Magistrate Judge Carol Mirando's Report and Recommendation (Doc. #70) filed on April 24, 2015. Judge Mirando recommends granting the parties' Revised Joint Motion for Approval of Settlement and Dismissal of the Action with Prejudice (Doc. #67) filed on April 13, 2015, approving the parties' settlement agreement (Doc. #67-1) as a "fair and reasonable resolution of a bone fide dispute" of the claims raised under the Fair Labor Standards Act. (Doc. #70).  The parties do not object to the Report and Recommendation (Doc. #70). Thus, this matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

report and recommendation.  See 28 U.S.C. § 636(b)(1); see also Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of Judge Mirando's findings and recommendations, the Court accepts the Report and Recommendation (Doc. #70).

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #70) is **ADOPTED** and the findings incorporated herein.

2. The parties' Revised Joint Motion for Approval of Settlement and Dismissal of the Action with Prejudice (Doc. #67) is **GRANTED**, and their Settlement Agreement (Doc. #67-1) is approved as fair and reasonable.

3. The Clerk of Court IS **DIRECTED** to enter judgment accordingly, dismiss the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of April, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record